NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GOPAL CHALAVARYA, )
)
Appellant, )
)
v. )   Case No. 2D17-3731
)
SADHNA CHALAVARYA, )
)
Appellee. )
)
_____ )

Opinion filed July 6, 2018.

Appeal from the Circuit Court for
Pinellas County; Sherwood Coleman,
Judge.

Peter S. Meros of Meros, Smith, Lazzara
Brennan & Brennan, P.A., St. Petersburg,
for Appellant.

Michael J. Park and Joseph R. Park of
Park, Ossian, Barnaky & Park, P.A.,
Clearwater, for Appellee.


PER CURIAM.


Affirmed.


CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.